980

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID LOYD, Appellant, v JOHN R. DEMARS, Respondent.

Decided October 16, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY H. MOORE, Appellant, v SUPERINTENDENT OF COXSACKIE CORRECTIONAL FACILITY, Respondent.

Decided October 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of CARLOS RODRIGUEZ, Appellant, v BARBARA G. ZAMBELLI, Respondent.

Submitted August 18, 2014; decided October 16, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.